# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON THORNTON, | ) | 1:13-cv-0019-AWI-JLT (HC) |
| | ) | |
| Petitioner, | ) | ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATION (Doc. 8) |
| | ) | |
| v. | ) | ORDER DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE AND CLOSING CASE |
| MORA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2013, the Magistrate Judge assigned to the case filed a Findings and Recommendation ("F&R"). See Doc. No. 8. In a footnote, the F&R indicated that Petitioner's first amended petition for writ of habeas corpus is duplicative of an earlier-filed petition in this court, specifically the petition in Case No. 1:12-CV-0018 LJO MJS in another case. The F&R recommended dismissal of the petition on several grounds, and Petitioner failed to file objections. However, since it appears that the current petition in this case is duplicative of the petition in Case No. 1:12-CV-0018 LJO MJS, the Court will decline to adopt the F&R and instead close this case as duplicative.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court declines to adopt the Findings and Recommendation filed January 23, 2013 (Doc. 8);
2. Petitioner's complaint is DISMISSED as duplicative; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  February 25, 2013

SENIOR DISTRICT JUDGE